IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 AM 8: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cr. No. 05-10041-T

ALEX LOUIS,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on June 10, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:    Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    re-entry of deported aliens

Assistant U.S. Attorney assigned to case: Powell

Rule 32 was not waived.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/13/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CR-10041 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT