IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                            Cr.1:05-10041-01-T

ALEX LOUIS,
 aka Bobby Stone,

        Defendant.

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 2, 2005, Assistant U. S. Attorney James Powell, appearing for the government, and the defendant appeared in person and with counsel, Dianne Smothers, Assistant Federal Defender.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in the one count Indictment.

This case has been set for sentencing on **WEDNESDAY, OCTOBER 26, 2005 AT 8:30 a.m.**

The defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 3 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CR-10041 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT